No. 288, Misc. TAYLOR *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se.* *William H. Wolf* and *James C. Crumlish* for respondent.

No. 295, Misc. HILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Julia P. Cooper* for the United States.

No. 296, Misc. MASSENGALE *v.* CINCINNATI BAR ASSN. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se.* *Joseph E. Rosen* and *Robert M. Dennis* for respondent.

No. 298, Misc. HOLLOWAY *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 299, Misc. WASHINGTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 300, Misc. GREEN *v.* SUPERIOR COURT OF CALIFORNIA, IN AND FOR LOS ANGELES COUNTY, APPELLATE DEPARTMENT, ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Samuel Carter McMorris* for petitioner. *Harold W. Kennedy* and *William E. Lamoreaux* for respondents.